NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEBRA BECWAR,**
*Petitioner,*

v.

**DEPARTMENT OF LABOR,**
*Respondent.*

---

2011-3123

---

Petition for review of the Merit Systems Protection Board in case no. CH4324080727-I-2.

---

**ON MOTION**

---

**ORDER**

Debra Becwar moves to file an amended initial brief for the limited purpose of conforming the citations to the record therein to citations in the appendix, and for an extension of time, until February 20, 2012, to file her reply brief.

Debra Becwar submits a letter (treated as a motion) to withdraw the motion for an extension of time to file her reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to file an amended initial brief is granted.

(2) The motion to withdraw the motion for an extension of time to file her reply brief is granted. The motion for an extension of time is withdrawn.

FOR THE COURT

FEB 1 0 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael W. Jahnke, Esq.
    Jeffrey A. Regner, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**FEB 1 0 2012**

**JAN HORBALY**
**CLERK**